DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

HELVY v. SWEAT

No. 474P82.

Case below: 58 N.C. App. 197.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 21 September 1982.

HOFLER v. HILL

No. 456PA82.

Case below: 58 N.C. App. 201.

Petition by defendants Hill for discretionary review under G.S. 7A-31 allowed 5 October 1982.

HOFLER v. HILL

No. 457PA82.

Case below: 58 N.C. App. 201.

Petition by defendants Hill for discretionary review under G.S. 7A-31 allowed 5 October 1982.

HORNE v. TRIVETTE

No. 515P82.

Case below: 58 N.C. App. 77.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 October 1982.

IN RE COLLINS

No. 494P82.

Case below: 58 N.C. App. 568.

Petition by Mary Lee Collins for discretionary review under G.S. 7A-31 denied 21 September 1982.